# Notice Recipients

District/Off: 0208−4  User: esierra  Date Created: 11/29/2010
Case: 10−38621−cgm  Form ID: b9i  Total: 27

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Richard E Ulloa | 22 Mountain Ridge Road | PO Box 771 | Stone Ridge, NY 12484 | |
| ust | United States Trustee | 74 Chapel Street | Albany, NY 12207 | | |
| tr | Jeffrey L. Sapir−13 | As Chapter 13 and 12 Trustee | 399 Knollwood Road | Suite 102 | White Plains, NY 10603 |
| smg | United States Attorney | One St. Andrews Plaza | Claims Unit − Room 417 | New York, NY 10007−1701 | |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551 | Albany, NY 12201−551 | | |
| 5365411 | Advanta Bank | PO Box 9217 | Old Bethpage, NY 11804 | | |
| 5365412 | Amercian Express | PO Box 981537 | EI Paso, TX, 79998 | | |
| 5365418 | Banco Popular | PO Box 36270, | San Juan, PR 00936 | | |
| 5365416 | Being Kind | 448 Whites Hill Road | Guilford, NY 13780 | | |
| 5365428 | Central Hudson Gas &Electric Corp | 284 South Avenue | Poughkeepsie, NY 12601 | | |
| 5365424 | Charles Woodard | 60 Ridge Mountain Road | Stone Ridge, New York 12484 | | |
| 5365422 | Dennis Collet | 315 E. Kerley Comer Road | Tivoli, NY 12583 | | |
| 5365414 | Discover Card | POBox 15316 | Wilmington, DE, 19850 | | |
| 5365417 | Doral Bank | 1451 F D Roosevelt Ave | San Juan PR, 00920 | | |
| 5365427 | Heritage Energy | 625 Sawkill Road, | Kingston, NY 12401 | | |
| 5365426 | Internal Revenue Service | Holly Nicholson | 153 Sawkill Road | Kingston, NY 12401 | |
| 5365423 | Mid−Hudson Valley Federal Credit Union | (MHVFCU) | 1099 Morton Blvd | Kingston, NY, 12401 | |
| 5365425 | New York Department | of Taxation &Finance | PO Box 5300 | Albany, NY 12205 | |
| 5365413 | Sears | 701 E60th St North | Sioux Falls, SD 57117 | | |
| 5365420 | The Helping Hands Society | 33249 South East 52nd Street | Fall City, Washington 98024 | | |
| 5365429 | Time Warner | PO Box 610 | Kingston, NY 12402 | | |
| 5365415 | US BankCard | 205 West 4th St | Cincinnati, OH, 45202 | | |
| 5365410 | Ulster County Clerk | 240 Fair Street | Kingston NY, 12401 | | |
| 5365431 | Verizon | PO Box 1100 | Albany, NY 12250 | | |
| 5365430 | Verizon Wireless | PO Box 1100 | Albany, NY 12250 | | |
| 5365419 | Wells Fargo | PO Box 10335 | Des Moines, lA, 50306 | | |
| 5365421 | Wells Fargo | PO Box 31557 | Billings MT, 59107 | | |

TOTAL: 27