UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
355 Main Street
Poughkeepsie, NY 12601

IN RE: Richard E Ulloa                              CASE NO.: 10−38621

Social Security/Taxpayer ID/Employer ID/Other Nos.:  CHAPTER: 13
xxx−xx−8283

## DEFICIENCY NOTICE

**PLEASE TAKE NOTICE** that, pursuant to the automatic dismissal provisions set forth in 11 U.S.C. § 521(i), if: (1) you are an individual debtor or joint debtors, (2) you filed a voluntary case under chapter 7 or 13, (3) you fail to cure those deficiencies identified by an asterisk [*] below, and (4) the Court does not grant an extension of time or order otherwise, your case may be dismissed without further notice on or after the forty−sixth (46th) day following the commencement of the case.

**PLEASE TAKE FURTHER NOTICE** that nothing herein modifies the deadline by which any document must be filed under the applicable provisions of the Bankruptcy Code or Federal Rules of Bankruptcy Procedure, or implies that the information contained in any filed document is adequate or sufficient. Additionally, the failure to file any required document by such deadline may be cause for the dismissal or conversion of your case *prior to* the forty−sixth (46th) day following the commencement of the case.

*The current deficiencies in your case are listed below*. If an asterisk [*] appears before a document listed below, the document is a section 521(a)(1) requirement that, if not filed, would subject your case to the automatic dismissal provisions (*referred to in the first paragraph above*).

Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income due 12/13/2010
Chapter 13 Model Plan due 12/13/2010
* Schedule A due 12/13/2010
* Schedule B due 12/13/2010
* Schedule C due 12/13/2010
* Schedule D due 12/13/2010
* Schedule E due 12/13/2010
* Schedule F due 12/13/2010
* Schedule G due 12/13/2010
* Schedule H due 12/13/2010
* Schedule I$_1$ due 12/13/2010
* Schedule J$_1$ due 12/13/2010
* Statement of Financial Affairs due 12/13/2010
Summ. of Schedules Pg 1 due 12/13/2010
Summ. of Schedules Pg 2 due 12/13/2010

*All required documents must be filed timely.* The document(s) appearing above must be filed with the Court by the applicable deadline.

[1] **NOTE:** A debtor who has not filed Schedules **I** and/or **J** has also failed to provide the Court with the two statements required by section 521(a)(1)(B)(v) and (vi): "(v) a statement of the amount of monthly net income, itemized to show how the amount is calculated; and (vi) a statement disclosing any reasonably anticipated increase in income or expenditures over the 12−month period following the date of the filing of the petition." **The filing of completed Schedules I and J satisfies the requirement of providing these two statements to the Court.**

**NOTE:** *No later than the time of the meeting of creditors conducted by the trustee pursuant to 11 U.S.C. § 341(a), you must provide the trustee with copies of all payment advices or other evidence of payment received from any employer within 60 days prior to the date of filing of the petition. See General Order M−382.*

Dated: November 29, 2010                              Vito Genna
                                                      Clerk of Court

# CERTIFICATE OF NOTICE

```
District/off: 0208-4          User: aaustin              Page 1 of 1              Date Rcvd: Nov 29, 2010
Case: 10-38621                Form ID: def7or13          Total Noticed: 2
```

The following entities were noticed by first class mail on Dec 01, 2010.
```
db           +Richard E Ulloa,    22 Mountain Ridge Road,    PO Box 771,    Stone Ridge, NY 12484-0771
ust          +United States Trustee,    74 Chapel Street,    Albany, NY 12207-2190
```

The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 01, 2010**                    Signature:    *Joseph Speetjens*