UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In Re:

RICHARD E ULLOA

        Debtor.

_____

**NOTICE OF APPEARANCE**

Case No.: 10-38621-cgm
(Chapter 13)

Assigned to:
Hon. CECELIA G. MORRIS
Bankruptcy Judge

    PLEASE TAKE NOTICE, that the undersigned hereby appears on behalf of WELLS FARGO BANK, N.A. in the within proceeding.

    Please send copies of all Notices and of all papers filed in the case to the undersigned. Further, please add our firm to the mailing matrix.

DATED:   December 6, 2010
             Buffalo, New York

                                    Yours, etc.
                                    STEVEN J. BAUM, P.C.
                                    Attorneys for WELLS FARGO BANK, N.A.

By: _____
     Randa R. Simmons, Esq.
     Office and Post Address:
     220 Northpointe Parkway, Suite G
     Amherst, NY 14228
     Telephone 716-204-2400

TO:
   CLERK, UNITED STATES BANKRUPTCY COURT
   SOUTHERN DISTRICT OF NEW YORK
   355 Main Street
   Poughkeepsie, NY 12601

   RICHARD E ULLOA         Attorney for Debtor
   PRO SE
   22 Mountain Ridge Road, PO Box 771
   Stone Ridge, NY12484

   JEFFREY L. SAPIR, ESQ.     Chapter 13 Trustee
   399 Knollwood Road
   Suite 102
   White Plains, NY 10603