Hearing Date: 12/28/2010
Hearing Time @ 9:30 AM.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ULLOA, RICHARD ENRIQUE.<br><br>Debtor | Bankruptcy Case No. 10-38621-cgm<br><br>**NOTICE REQUESTING AN ENLARGEMENT OF TIME to complete my schedules and other documents due to illness, financial hardship and to locate needed information.** |

**NOTICE REQUESTING AN ENLARGEMENT OF TIME to finish my schedules and documents due to illness, financial hardship and to locate the information I needed in order to complete these documents.**

I, Richard Enrique; Ulloa, do request to this honorable court for an enlargement of time pursuant to Federal Rules of Civil Procedure Rule 6(B) Enlargement and request that I be given until February 11, 2011 as I have not been able to find my papers and still can not locate a lot of my papers. My asthma has been very bad and I am under extreme stress, I have been ill through all of this. I have been working on figuring out the bankruptcy schedules and other forms so I can do them correctly plus I have had extreme financial hurdles to overcome.

A family member has been and is extremely ill due to my lack of enough income to get the needed medicines, which run a minimum of $1,300.00 per month, due to my income being garnisheed for the last 6 to 8 weeks which is extremely serious and has created a medical crisis and has caused additional medical expenses and needs. I may be forced to use the family medical emergency leave act. I have had to do so in the past, which of course stops all income.

Therefore I, Richard Enrique; Ulloa, requests that the court grant me this enlargement of time until February 11, 2011 to file my schedules and other documents or in the alternative what ever this court may deem just and proper.

I, Richard Enrique; Ulloa, reserves the right to amend this document at any time necessary without leave of court,

Submitted this 13th Day of December, 2010.

Richard enrique

By: Richard Enrique; Ulloa    Date

FILED
U.S. BANKRUPTCY COURT
2010 DEC 13 A 4:50
POUGHKEEPSIE, NY