Richard-Enrique; Ulloa, Sui Juris, unrepresented
Nation "New York".
general post-office.
Hurley-town.
United States Minor, Outlying Islands. Near. [12443-9998]

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: ULLOA, RICHARD ENRIQUE, )<br>)<br>)<br>)<br>)<br>)<br>)<br>Debtor )<br>)<br>)<br>) | CASE # 10-38621-cgm<br><br>Notice of Filing &<br>Certificate of Service for<br>[AN Enlargement of Time] |

## Notice of Filing and Certificate of Service

state of New York   }
                    } §
county of Ulster    }

I Richard-Enrique; Ulloa, am a sovereign, sui juris, unrepresented, free white man, a follower of Yahshua the Messiah in the laws of The Almighty Supreme Creator, Yahvah first and foremost and the laws of man when they are not in conflict (Leviticus 18:3,4). Pursuant to Matthew 5:33-37 and James 5:12, let my yea be yea, and my nay be nay, as supported by your Federal Public Law 97-280, 96 Stat. 1211. Appear by special visitation and not appearing generally, Sui Juris, unrepresented before this court. I have personal

knowledge of the matters stated herein, am over the age of majority, and hereby asseverate understanding the liabilities presented in your <u>Briscoe v LaHue</u>, 460 US 325.

*"Allegations such as those asserted by petitioner, (a pro se litigant), however inartfully pleaded, are sufficient to call for the opportunity to offer supporting evidence. Accordingly, although we intimate no view on the merits of petitioner's allegations, we conclude that he is entitled to an opportunity to offer proof."* **<u>Haines v. Kerner</u>, 404 U.S. 519, 522**

---

Richard-Enrique; Ulloa, reserving his rights "without prejudice" under the New York state Uniform Commercial Code 1-308, and Articles 1 to 13, Reserving ALL Natural God-Given Unalienable Birthrights, Waiving None, Ever hereby affirms, deposes and says;

Please take Notice that on December 13, 2010 at 9:50 AM, I filed the attached "NOTICE REQUESTING AN ENLARGEMENT OF TIME ....." In The United States Bankruptcy Court For The Southern District of New York.

## CERTIFICATE OF SERVICE BY MAIL

I, Richard-Enrique: Ulloa In The Matter of 10-38621-cgm, hereby certify that a true and correct copy of the "NOTICE REQUESTING AN ENLARGEMENT OF TIME ..." and attached documents were mailed to the parties on the Mailing Matrix attached, also attached are the Certificates of Mailing Form PS 3817 from the Hurley, New York Post-Master, said mail was sent to: Address's on the Mailing Matrix.

via Certificate of Mailing under First Class Mail, properly addressed and mailed in a Post Office in the town of Hurley, republic of New York under the exclusive care of the United States Post Office Department and NOT the UNITED STATES POSTAL SERVICE.

DATED this 14th day of December, 2010.

Without Prejudice

Richard-Enrique; Ulloa
Sui Juris, unrepresented

Date: December 14, 2010

Verification:

This instrument; "Notice of Filing - Certificate of Service" By Mail was acknowledged before me a Notary Public in and for the State of New York on this 14th day of December in the year of our Lord and Savior, Jesus Christ two thousand and ten A.D.

Notary Public

Subscribed and sworn to before me this 14th day of December, 2010.

Diana S. Cline
Name

_____ Seal:
Signature

My commission expires:

DIANA S. CLINE
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01CL6015194
QUALIFIED IN ULSTER COUNTY
COMMISSION EXPIRES 10/26/2014

I am not an expert in the law however I do know right from wrong. If there is any human being damaged by any statements herein, if he will inform me by facts I will sincerely make every effort to amend my ways. I hereby and herein reserve the right to amend and make amendment to this document as necessary in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that would controvert and overcome this Affidavit, please advise me IN WRITTEN AFFIDAVIT FORM within thirty (30) days from receipt hereof providing me with your counteraffidavit, proving with particularly by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts or conclusions of law, that this Affidavit Statement is substantially and materially false sufficiently to change materially my status and factual declarations. Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law. May the will of our Heavenly Father Yahvah, through the power and authority of the blood of His Son Yahshua be done on Earth as it is in Heaven.

I pray to our Heavenly Father and not this court that justice be done.

**Reserving ALL Natural God-Given Unalienable Birthrights, Waiving None, Ever,**

# 28 USC §1746

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 USC §1746

Signed on this the seventh day of the ninth month in the year of our Lord and Savior two thousand ten.

*[signature]*

Richard-Enrique; Ulloa
Sui Juris, unrepresented

Date: December 14, 2010

**NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT**

**Cc: Trustee First Class mail**

**Court Clerk via Certifed Mail 7009-3410-0002-4235-7829**

**EXHIBITS ATTACHED:**
**NOTICE**
**MAILING MATRIX**
**CERTIFICATES OF MAILING**
**ADDRESS CHANGE NOTICE**

Notice of Filing & Certificate of Mailing Page 5

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ULLOA, RICHARD ENRIQUE.<br><br>Debtor | Bankruptcy Case No. 10-38621-cgm<br><br>**NOTICE REQUESTING AN ENLARGEMENT OF TIME** to complete my schedules and other documents due to illness, financial hardship and to locate needed information. |

**NOTICE REQUESTING AN ENLARGEMENT OF TIME to finish my schedules and documents due to illness, financial hardship and to locate the information I needed in order to complete these documents.**

I, Richard Enrique; Ulloa, do request to this honorable court for an enlargement of time pursuant to Federal Rules of Civil Procedure Rule 6(B) Enlargement and request that I be given until February 11, 2011 as I have not been able to find my papers and still can not locate a lot of my papers. My asthma has been very bad and I am under extreme stress, I have been ill through all of this. I have been working on figuring out the bankruptcy schedules and other forms so I can do them correctly plus I have had extreme financial hurdles to overcome.

A family member has been and is extremely ill due to my lack of enough income to get the needed medicines, which run a minimum of $1,300.00 per month, due to my income being garnisheed for the last 6 to 8 weeks which is extremely serious and has created a medical crisis and has caused additional medical expenses and needs. I may be forced to use the family medical emergency leave act. I have had to do so in the past, which of course stops all income.

Therefore I, Richard Enrique; Ulloa, requests that the court grant me this enlargement of time until February 11, 2011 to file my schedules and other documents or in the alternative what ever this court may deem just and proper.

I, Richard Enrique; Ulloa, reserves the right to amend this document at any time necessary without leave of court,

Submitted this 13th Day of December, 2010.

_Richard Enrique Ulloa_
By: Richard Enrique; Ulloa    Date

POUGHKEEPSIE, NY
2010 DEC 13 A 9:50
U.S. BANKRUPTCY COURT
FILED

ULLOA, RICHARD E.    Chapter 13    Southern District of New York

Ulster County Clerk
240 Fair Street
Kingston NY, 12401

Ulster County Clerk
240 Fair Street
Kingston NY, 12401

Advanta Bank
PO Box 9217
Old Bethpage, NY 11804

Amercian Express
PO Box 981537
El Paso, TX, 79998

Sears
701 E60th St North
Sioux Falls, SD 57117

Discover Card
PO Box 15316
Wilmington, DE, 19850

US Bank Card
205 West 4th St
Cincinnati, OH, 45202

Being Kind
448 Whites Hill Road
Guilford, NY 13780

Doral Bank
1451 F D Roosevelt Ave
San Juan PR, 00920

Banco Popular
PO Box 36270,
San Juan, PR 00936

Wells Fargo
PO Box 10335
Des Moines, IA, 50306

The Helping Hands Society
33249 South East 52nd Street
Fall City, Washington 98024

Wells Fargo
PO Box 31557
Billings MT, 59107

Dennis Collet
315 E. Kerley Corner Road
Tivoli, NY 12583

Mid-Hudson Valley Federal Credit Union
(MHVFCU)
1099 Morton Blvd, Kingston, NY, 12401

Charles Woodard
60 Ridge Mountain Road
Stone Ridge, New York 12484

New York Department
of Taxation & Finance
PO Box 5300
Albany, NY 12205

Internal Revenue Service
Holly Nicholson
153 Sawkill Road
Kingston, NY 12401

Heritage Energy
625 Sawkill Road,
Kingston, NY 12401

Central Hudson Gas & Electric Corp
284 South Avenue
Poughkeepsie, NY 12601

Time Warner
PO Box 610
Kingston, NY 12402

Verizon Wireless
PO Box 1100
Albany, NY 12250

Verizon
PO Box 1100
Albany, NY 12250

Jeffrey Sapir

## U.S. POSTAL SERVICE — CERTIFICATE OF MAILING

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL. DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

RICHARD ENRIQUE ULLOA
Nation "New York".
general post-office.
Hurley-town.
United States Minor, Outlying Islands. Near. [12443-9998]

Sears
701 E60th St North
Sioux Falls, SD 57117

PS Form **3817**, January 2001

---

## U.S. POSTAL SERVICE — CERTIFICATE OF MAILING

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL. DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

RICHARD ENRIQUE ULLOA
Nation "New York".
general post-office.
Hurley-town.
United States Minor, Outlying Islands. Near. [12443-9998]

Advanta Bank
PO Box 9217
Old Bethpage, NY 11804

PS Form **3817**, January 2001

---

## U.S. POSTAL SERVICE — CERTIFICATE OF MAILING

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL. DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

RICHARD ENRIQUE ULLOA
Nation "New York".
general post-office.
Hurley-town.
United States Minor, Outlying Islands. Near. [12443-9998]

Discover Card
PO Box 15316
Wilmington, DE, 19850

PS Form **3817**, January 2001

---

## U.S. POSTAL SERVICE — CERTIFICATE OF MAILING

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL. DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

RICHARD ENRIQUE ULLOA
Nation "New York".
general post-office.
Hurley-town.
United States Minor, Outlying Islands. Near. [12443-9998]

Amercian Express
PO Box 981537
El Paso, TX, 79998

PS Form **3817**, January 2001

---

## U.S. POSTAL SERVICE — CERTIFICATE OF MAILING

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL. DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

RICHARD ENRIQUE ULLOA
Nation "New York".
general post-office.
Hurley-town.
United States Minor, Outlying Islands. Near. [12443-9998]

Ulster County Clerk
240 Fair Street
Kingston NY, 12401

PS Form **3817**, January 2001

## Certificate 1 (top right)

**U.S. POSTAL SERVICE**   **CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL. DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

RICHARD ENRIQUE ULLOA
Nation "New York".
general post-office.
Hurley-town.
United States Minor, Outlying Islands. Near. [12443-9998]

Wells Fargo
PO Box 10335
Des Moines, IA, 50306

PS Form **3817**, January 2001



## Certificate 2 (top middle)

**U.S. POSTAL SERVICE**   **CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL. DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

RICHARD ENRIQUE ULLOA
Nation "New York".
general post-office.
Hurley-town.
United States Minor, Outlying Islands. Near. [12443-9998]

Doral Bank
1451 F D Roosevelt Ave
San Juan PR, 00920

PS Form **3817**, January 2001



## Certificate 3 (top left)

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL. DOES NOT

RICHARD ENRIQUE ULLOA
Nation "New York".
general post-office.
Hurley-town.
United States Minor, Outlying Islands. Near. [12443-9998]

US Bank Card
205 West 4th St
Cincinnati, OH, 45202

PS Form **3817**, January 2001

## Certificate 4 (bottom right)

**U.S. POSTAL SERVICE**   **CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL. DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

RICHARD ENRIQUE ULLOA
Nation "New York".
general post-office.
Hurley-town.
United States Minor, Outlying Islands. Near. [12443-9998]

The Helping Hands Society
33249 South East 52nd Street
Fall City, Washington 98024

PS Form **3817**, January 2001



## Certificate 5 (bottom middle)

**U.S. POSTAL SERVICE**   **CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL. DOES NOT

RICHARD ENRIQUE ULLOA
Nation "New York".
general post-office.
Hurley-town.
United States Minor, Outlying Islands. Near. [12443-9998]

Banco Popular
PO Box 36270,
San Juan, PR 00936

PS Form **3817**, January 2001



## Certificate 6 (bottom left)

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL. DOES NOT

RICHARD ENRIQUE ULLOA
Nation "New York".
general post-office.
Hurley-town.
United States Minor, Outlying Islands. Near. [12443-9998]

Being Kind
448 Whites Hill Road
Guilford, NY 13780

PS Form **3817**, January 2001

*(Page contains six USPS Certificate of Mailing forms, PS Form 3817, January 2001, all from sender:)*

RICHARD ENRIQUE ULLOA
Nation "New York",
general post-office,
Hurley-town.
United States Minor, Outlying Islands. Near. [12443-9998]

**Recipients:**

1. Holly Nicholson, Internal Revenue Service, 153 Sawkill Road, Kingston, NY 12401

2. Charles Woodard, 60 Ridge Mountain Road, Stone Ridge, New York 12484

3. Mid-Hudson Valley Federal Credit Union (MHVFCU), 1099 Morton Blvd, Kingston, NY 12401

4. Heritage Energy, 625 Sawkill Road, Kingston, NY 12401

5. New York Department of Taxation & Finance, PO Box 5300, Albany, NY 12205

6. Dennis Collet, 315 E. Kerley Corner Road, Tivoli, NY 12583

*Postmarked Ellenville, NY 12443, 2010. Each bears stamps including "American Clock" 10¢ and USA 1¢.*








To: Whom it May Concern:

Regarding: Postal Location for RICHARD ENRIQUE ULLOA
    [STATE OF NEW YORK #A13 944 250 / STATE OF OREGON 10220452];
    Richard Enrique Ulloa, and any and all variations thereof.

Please see attached notification to the Post-Master of the address location change effective immediately.

All mail not addressed as indicated below will more than likely be returned to sender.

Please change your computer records accordingly, and note this is an international location.

                            Nation New York.
                            General Post-Office.
                            Hurley. Ulloa Province.
                    United States Minor, Outlying Islands.
                             Near. [12443-9998]


Please send back a copy of this letter with your concurrence if envelope was provided.