UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

IN RE:

**RICHARD E. ULLOA,**

Chapter 13
Case No.  10-38621 CGM

**ORDER DISMISSING CASE**

Debtor
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

It appearing that the above named debtor filed an original petition under Chapter 13 of the Bankruptcy Code and relief was ordered on November 29, 2010 ; and it further appearing that upon the motion of the Chapter 13 Trustee dated December 29, 2010 to dismiss the case pursuant to 11 U.S.C. §1307(c)(1), on the ground of unreasonable delay that is prejudicial to creditors; (c)(3) for failure to timely file a plan and schedules;  and (c)(4), for failure to remit payment as required under 11 U.S.C. §1326; and §521(i) and  §521(e) (2)(A)(i) and (2)(B) for failure to submit the required documentation;  and ***after a hearing held on January 25, 2011*** it having been determined that it is in the best interests of creditors and the estate to dismiss this case.

**NOW IT IS**

**ORDERED**, that the case of the above named debtor be, pursuant to 11 U.S.C. §1307(c)(1); (c)(3);  and (c)(4), and  §521(i) and  §521(e) (2)(A)(i) and (2)(B), dismissed.

Dated: Poughkeepsie, New York
        January 27, 2011

/s/   Cecelia G. Morris
Honorable Cecelia G. Morris
United States Bankruptcy Judge