# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**355 Main Street**
**Poughkeepsie, NY 12601**

| | |
|---|---|
| IN RE: Richard E Ulloa | CASE NO.: 10−38621−cgm |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx−xx−8283 | CHAPTER: 13 |

## NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Cecelia G. Morris in this Chapter 13 case.

Richard E Ulloa was dismissed from the case on January 27, 2011 .

Dated: January 27, 2011                         Vito Genna
                                                Clerk of the Court