**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**355 Main Street**
**Poughkeepsie, NY 12601**

---

| | |
|---|---|
| IN RE: Richard E Ulloa | CASE NO.: 10–38621–cgm |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–8283 | CHAPTER:  13 |

---

# NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Cecelia G. Morris in this Chapter 13 case.

Richard E Ulloa was dismissed from the case on January 27, 2011 .

Dated: January 27, 2011                    Vito Genna
                                           Clerk of the Court

# CERTIFICATE OF NOTICE

```
District/off: 0208-4          User: esierra              Page 1 of 1                   Date Rcvd: Jan 27, 2011
Case: 10-38621                Form ID: 131               Total Noticed: 33


The following entities were noticed by first class mail on Jan 29, 2011.
 db          +Richard E Ulloa,    22 Mountain Ridge Road,     PO Box 771,    Stone Ridge, NY 12484-0771
 smg         +N.Y. State Unemployment Insurance Fund,     P.O. Box 551,    Albany, NY 12201-0551
 smg          United States Attorney,     One St. Andrews Plaza,    Claims Unit - Room 417,
               New York, NY 10007-1701
 ust         +United States Trustee,     74 Chapel Street,    Albany, NY 12207-2190
5365411      +Advanta Bank,    PO Box 9217,     Old Bethpage, NY 11804-9017
5365418       Banco Popular,    PO Box 36270,,    San Juan, PR 00936
5365416      +Being Kind,    448 Whites Hill Road,     Guilford, NY 13780-3165
5365428      +Central Hudson Gas & Electric Corp,     284 South Avenue,    Poughkeepsie, NY 12601-4838
5365424      +Charles Woodard,    60 Ridge Mountain Road,     Stone Ridge, New York 12484-5400
5365422      +Dennis Collet,    315 E. Kerley Corner Road,     Tivoli, NY 12583-5601
5365417      +Doral Bank,    1451 F D Roosevelt Ave,     San Juan PR 00920-2717
5365427      +Heritage Energy,    625 Sawkill Road,,    Kingston, NY 12401-7157
5365426      +Internal Revenue Service,     Holly Nicholson,    153 Sawkill Road,    Kingston, NY 12401-1226
5365423      +Mid-Hudson Valley Federal Credit Union,      (MHVFCU),    1099 Morton Blvd,    Kingston, NY 12401-1503
5381963      +NYS DEPT OF TAX AND FINANCE,     BANKRUPTCY SECTION,    PO BOX 5300,    ALBANY NY 12205-0300
5365425      +New York Department,    of Taxation & Finance,     PO Box 5300,    Albany, NY 12205-0300
5365420      +The Helping Hands Society,     33249 South East 52nd Street,     Fall City, Washington 98024-9608
5365429       Time Warner,    PO Box 610,    Kingston, NY 12402
5403885     ++US BANK,    PO BOX 5229,     CINCINNATI OH 45201-5229
             (address filed with court:   US Bank N.A.,     Bankruptcy Department,    P.O. Box 5229,
               Cincinnati, OH 45201)
5365415      +US BankCard,    205 West 4th St,    Cincinnati, OH 45202-4824
5365410      +Ulster County Clerk,    240 Fair Street,     Kingston NY 12401-3806
5384421      +Wells Fargo Bank, NA,    c/o Steven J. Baum, P.C.,     220 Northpointe Parkway, Suite G,
               Amherst, NY 14228-1894

The following entities were noticed by electronic transmission on Jan 27, 2011.
5390557       EDI: MERRICKBANK.COM Jan 27 2011 16:23:00      Advanta Bank Corporation,
               c/o Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
5365412      +EDI: AMEREXPR.COM Jan 27 2011 16:23:00      Amercian Express,    PO Box 981537,
               El Paso, TX 79998-1537
5365414       EDI: DISCOVER.COM Jan 27 2011 16:23:00      Discover Card,    POBox 15316,    Wilmington, DE, 19850
5378359       EDI: DISCOVER.COM Jan 27 2011 16:23:00      Discover Bank,    Dfs Services LLC,    PO Box 3025,
               New Albany, OH 43054-3025
5386704       EDI: RECOVERYCORP.COM Jan 27 2011 16:23:00       Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,     Miami, FL 33131-1605
5365413      +EDI: SEARS.COM Jan 27 2011 16:23:00      Sears,    701 E60th St North,    Sioux Falls, SD 57104-0432
5365431      +EDI: AFNIVZCOMBINED.COM Jan 27 2011 16:23:00       Verizon,    PO Box 1100,    Albany, NY 12250-0001
5365430      +EDI: AFNIVZCOMBINED.COM Jan 27 2011 16:23:00       Verizon Wireless,    PO Box 1100,
               Albany, NY 12250-0001
5365419      +EDI: WFFC.COM Jan 27 2011 16:23:00      Wells Fargo,    PO Box 10335,    Des Moines, IA 50306-0335
5365421      +EDI: WFFC.COM Jan 27 2011 16:23:00      Wells Fargo,    PO Box 31557,    Billings MT 59107-1557
5388031       EDI: WFFC.COM Jan 27 2011 16:23:00      Wells Fargo Bank, N.A.,     Home Equity Group,
               X2303-01A - 1 Home Campus,    Des Moines, IA 50328-0001
                                                                                               TOTAL: 11

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 29, 2011**             **Signature:** *Joseph Speetjens*