# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>Richard-Enrique Ulloa<br>Debtor | CASE # 10-38621 (CGM),<br><br>Chapter 13<br>Affidavit in Support<br>of<br>MOTION FOR<br>RECONSIDERATION<br>Re: The dismissal of my Chapter 13<br>Bankruptcy on January 25, 2011<br>invalid proceedings, rulings, fraud<br>and perjury at the hearing.<br>Affidavit of Prejudice against<br>Trustee & Cecelia Morris |

### Affidavit in Support of Motion to Reconsider

state of New York }
} §
county of Ulster }

I Richard-Enrique; Ulloa, am a sovereign, sui juris, unrepresented, a follower of Yahshua the Messiah in the laws of The Almighty Supreme Creator, Yahvah first and foremost and the laws of man when they are not in conflict (Leviticus 18:3,4). Pursuant to Matthew 5:33-37 and James 5:12, let my yea be yea, and my nay be nay, as supported by your Federal Public Law 97-280, 96 Stat. 1211. Appear by special visitation and not appearing generally, and Sui Juris, before this court. I have personal knowledge of the matters stated herein, am over the age of majority, and hereby asseverate understanding the liabilities presented in your Briscoe v LaHue, 460 US 325.

*"Allegations such as those asserted by petitioner, (a pro se litigant), however inartfully pleaded, are sufficient to call for the opportunity to offer supporting evidence. Accordingly, although we intimate no view on the merits of petitioner's allegations, we conclude that he is entitled to an opportunity to offer proof."* **Haines v. Kerner,** *404 U.S. 519, 522*

---

Richard-Enrique; Ulloa, and reserving his rights "without prejudice" under the New York state Uniform Commercial Code 1-308, and Articles 1 to 13, Reserving ALL Natural God-Given Unalienable Birthrights, Waiving None, Ever hereby affirms;

I submit this Affidavit of Truth for and into the record that all statements and or documents and or Exhibits are submitted in support, are true and that I have firsthand knowledge of all the facts in all these documents.

**Let it be known to all, on and for the record, and via this affidavit of truth, and Notice of Non Corporate Status and that I do not represent myself, I am myself, and reserve all my rights including but not limited to my right to assistance of counsel.**

Now comes the Affiant Richard-Enrique for the family Ulloa, a Sentient Citizen and NOT a UNITED STATES Citizen as declared in my Act of State which was filed and Apostilled with the New York State Secretary of State, over the age of 21, and declares as follows under penalty of perjury;

1. I called the US District Court for the Southern District in Poughkeepsie New York on January 18, 2011.

2. I have a recording of the message left by the court that it was closed on January 18, 2011.

3. And it states *"Good Morning, the court will be closing at 10:30 today, all calendar matters scheduled for today are being adjourned to Monday January 24th at the same time."*

4. All my matters were re-scheduled for January 25, 2011, that same time as the Motion to Dismiss from the Trustee.

I am not an expert in the law however I do know right from wrong. If there is any human being damaged by any statements herein, if he will inform me by facts I will sincerely make every effort to amend my ways. I hereby and herein reserve the right to amend and make amendment to this document as necessary in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that would controvert and overcome this Affidavit, please advise me IN WRITTEN AFFIDAVIT FORM within thirty (30) days from receipt hereof providing me with your counter affidavit, proving with particularly by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts or conclusions of law, that this Affidavit Statement is substantially and materially false sufficiently to change materially my status and factual declarations. Your silence stands as your confession of judgment and your consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law. May the will of our Heavenly Father Yahvah, through the power and authority of the blood of His Son Yahshua be done on Earth as it is in Heaven.

I pray to our Heavenly Father and not this court that justice be done.

**Reserving ALL Natural God-Given Unalienable Birthrights, Waiving None, Ever,**

# 28 USC §1746

1     I declare under penalty of perjury under the laws of the United States of

2 America that the foregoing is true and correct. 28 USC §1746

3     Signed on this the twenty seventh day of the twelfth month in the year of our

4 Lord and Savior two thousand ten.

5

6     Submitted this 7th Day of February 2011.

7

8

9                       BY: Richard-Enrique 2/7/11

10                       By: Richard Enrique; Ulloa   Date

11

12 State of new york        )

13                            ) :ss   ATTESTATION

14 County of ulster        )

15

16     Sworn and affirmed on this 7th day of February 2011, before me, the undersigned

17 Notary Public in and for the State of New York, appeared Richard-Enrique: Ulloa,

18 personally known to me or proved to me on the basis of satisfactory evidence, to be the

19 natural person whose signature appears in the within instrument and acknowledged to me

20 that he executed it.

21     Witness my hand and official seal: /s/ _____ NOTARY

22 PUBLIC IN WITNESS WHEREOF, I have hereunto set my hand and seal this 7th day of

23 February 2011.

24 Printed Name Diana S-Cline

25 Notary Public- 01CL6015194 NY (state)

        DIANA S. CLINE
        NOTARY PUBLIC, STATE OF NEW YORK
        NO. 01CL6015194
        IN ULSTER COUNTY
        EXPIRES 10/2...

26 Residing at 420 Fairview Av Hurley

27 My commission expires 10/26/2014

28

I am not an expert in the law however I do know right from wrong. If there is any human being damaged by any statements herein, if he will inform me by facts I will sincerely make every effort to amend my ways. I hereby and herein reserve the right to amend and make amendment to this document as necessary in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that would controvert and overcome this Affidavit, please advise me IN WRITTEN AFFIDAVIT FORM within thirty (30) days from receipt hereof providing me with your counter affidavit, proving with particularly by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts or conclusions of law, that this Affidavit Statement is substantially and materially false sufficiently to change materially my status and factual declarations. Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law. May the will of our Heavenly Father Yahvah, through the power and authority of the blood of His Son Yahshua be done on Earth as it is in Heaven.

I pray to our Heavenly Father and not this court that justice be done.

**Reserving ALL Natural God-Given Unalienable Birthrights, Waiving None, Ever,**

# 28 USC §1746

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true, complete and correct. 28 USC §1746

Signed on this the seventh day of the second month in the year of our Lord and Savior two thousand eleven.

*BY: Richard Enrique* (signature)

Richard-Enrique; Ulloa, unrepresented

Address: Phone 845-687-7855
Nation "New York".
general post-office.
Hurley-town.
United States Minor, Outlying Islands. Near. [12443-9998]

## Proof and Evidence of Service

*I*, Richard-Enrique; Ulloa: *declare that I served by filing one copy of the "Motion to Reconsider" by* "hand-delivered by private carrier-service on "USBC of Southern NY" sent by post-office-first class-mail AND OR CERTIFIED MAIL *to the following:*

| JEFFREY L. SAPIR | USBC of Southern NY |
|---|---|
|  | COURT CLERK |
| 399 Knollwood Road, Suite 102 | 255 Main Street |
| White Plains, New York 10603 | Poughkeepsie, New York 12601 |
| First class mail | First class mail |

BY: *Richard-Enrique* [signature]

Richard-Enrique; Ulloa

February 7, 2011

## NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT