UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

IN RE:                                                                     Chapter 13
                                                                                     Case No. 10-38621

       Richard E. Ulloa,

                                Debtor.

-----------------------------------------------------------

## **ORDER DENYING MOTION TO RECONSIDER**

Upon the motion of the above named debtor filed February 7, 2011, to reconsider the dismissal of this chapter 7 case and after a hearing held February 22, 2011, the motion is hereby **DENIED**.

Dated: Poughkeepsie, New York
       March 16, 2011                                                 /s/ Cecelia G. Morris
                                                                           ***United States Bankruptcy Judge***