# JEFFREY L. SAPIR
# CHAPTER 13 STANDING TRUSTEE

JEFFREY L. SAPIR
JODY L. KAVA*
*ADMITTED IN NY & CT

MICHELLE L. HORTON
 CASE MANAGER

399 KNOLLWOOD ROAD
SUITE 102
WHITE PLAINS, NY 10603

(914) 328-6333
FAX (914) 328-7299
E-MAIL: INFO@SAPIRCH13TR.COM

March 16, 2011

Hon. Cecelia G. Morris
U.S. Bankruptcy Judge
355 Main Street
Poughkeepsie, New York 12601

Re: Richard Enrique a/k/a
Richard Ulloa a/k/a
Richard E. Ulloa
Case No. 10-38621

Dear Judge Morris:

I have received a copy of a letter addressed to your Honor regarding in part, a payment made by the debtor which I stated on January 25, 2011, was not received.

Please note that on January 25, 2011 the date of the hearing no payments were made by the debtor to the trustee. The order of dismissal was dated January 27, 2011. As evidenced by the photocopy of the money order #18109841152, annexed to Mr. Enrique's letter, the date of purchase of the money order was February 14, 2011, subsequent to the order of dismissal. The check was received and thereafter deposited by my office on February 22, 2011 the same date of the motion to re-consider.

Since you denied the motion to reconsider, the funds are being returned to the debtor.

Very truly yours,

Jeffrey L. Sapir

Cc to: Richard Enrique